PAMELA E. TAMASHIRO   #3492
Topa Financial Center
745 Fort Street, Suite 1420
Honolulu, Hawaii 96813
Telephone:   (808) 528-3332
Facsimile:    (808) 536-0458

Attorney for Defendant
CHARLES CARPER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 08-00655 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION TO EXTEND SELF- |
| | ) | SURRENDER DATE |
| vs. | ) | |
| | ) | |
| CHARLES CARPER (02), | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION TO EXTEND SELF-SURRENDER DATE**

Plaintiff UNITED STATES OF AMERICA, by and through its attorneys,

U.S. Attorney Chris A. Thomas and Beverly W. Sameshima, Esq., and Defendant

CHARLES CARPER ("Mr. Carper"), by and through his attorney Pamela E.

Tamashiro, with the concurrence of U.S. Pretrial Services Officer, Tony Barry,

hereby agree and stipulate, subject to the Court's approval, to extend Mr. Carper's

self-surrender date from November 15, 2010 to December 6, 2010 at 2:00 p.m.

Eastern Standard Time.

ACCORDINGLY, IT IS HEREBY ORDERED that:

1. Mr. Carper's self-surrender date is extended to December 6, 2010 at 2:00 p.m. Eastern Standard Time.

DATED: Honolulu, Hawaii, November 9, 2010.

APPROVED AND SO ORDERED:



_____
David Alan Ezra
United States District Judge

<u>United States of America vs. Charles Carper</u>, Cr. No. 089-00655-02 DAE;
STIPULATION TO EXTEND SELF-SURRENDER DATE

AGREED AND SO STIPULATED:


    /s/   Beverly W. Sameshima
Beverly W. Sameshima
Chris A. Thomas
Attorney for Plaintiff
UNITED STATES OF AMERICA


    /s/   Pamela E. Tamashiro
Pamela E. Tamashiro
Attorney for Defendant
CHARLES CARPER


CONCUR:


    /s/   Tony Barry
Tony Barry
U.S. Pretrial Services Officer

_____

*U.S. v. Charles Carper,* Cr. No. 08-00655 DAE, Stipulation To Extend Self-Surrender Date